*Anthony Franklin* v. *Ann Van Cott et al.* C. JUDSON, for applicants G. & W. Hastings. Order confirming master's report, so far as relates to rights of the applicants, and disaf-

firming it so far as it states that the surplus belongs to the executor; and declaring that it belongs to infant, and directing the payment of the amount of the claim of the applicants, and that the residue remain in court subject to its further order.